IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NUMBER: 20-mj-7175-MAB |
| vs. | ) |
| LUIS MORALES | ) |
| Defendant. | ) |

FILED
AUG 20 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## CRIMINAL COMPLAINT

I, Robert Lawson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### ALIEN IN POSSESSION OF A FIREARM

On or about July 26, 2020, in Madison County, Illinois, within the Southern District of Illinois,

### LUIS MORALES

then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce, a Mossberg, 715P, .22 caliber long rifle pistol, bearing serial number EMF3804330, in violation of Title 18, United States Code, Section 922(g)(5)(A).

### AFFIDAVIT

I further state that I am a Special Agent with the Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since May 2010. As part of my daily duties as an HSI Special Agent, I investigate criminal and administrative violations relating to the Immigration and Nationality Act and Customs violations of the United States.

## INTRODUCTION

1) Based on the following, there is probable cause to believe that **Luis MORALES**, an alien illegally and unlawfully in the United States, knowingly possessed a firearm, namely a Mossberg, 715P, .22 caliber long rifle pistol, bearing serial number EMF3804330, in violation of Title 18, United States Code, Section 922(g)(5)(A).

2) On July 27, 2020, I was contacted by the Pontoon Beach Police Department and informed that **Luis MORALES** was arrested on July 26, 2020, for unlawful use of a weapon after the vehicle being operated by **MORALES** was stopped for a traffic violation and a firearm was subsequently found in the vehicle.

3) On July 25, 2020, at approximately 11:58 p.m., Pontoon Beach Police Department Officer Pablo Hernandez initiated a vehicle stop of a red Dodge Durango, bearing Illinois license plate AJ36374, for failing to stop at a stop sign at Lake Drive and Village Green in Pontoon Beach. At the time of this stop, the Durango was operated by **MORALES** and occupied by passenger Destiny Zimmerman, **MORALES'** girlfriend. The vehicle was not registered to either of these individuals. Upon making his initial contact with **MORALES** and Zimmerman, Officer Hernandez asked **MORALES** for his driver's license and proof of insurance. **MORALES** advised he did not have a license. During this initial contact, Officer Hernandez noticed that **MORALES** acted nervously by continuously reaching around the vehicle and stuttering. Officer Hernandez then returned to his police vehicle and was able to confirm with dispatch that **MORALES** had no valid driver's license and Destiny Zimmerman had a suspended license. Officer Hernandez then returned to the Durango and asked **MORALES** to step out of the vehicle. When Officer Hernandez asked **MORALES** if there was anything illegal in the vehicle, **MORALES** replied, "No." When Officer Hernandez then asked for consent to search the vehicle, **MORALES** replied affirmatively. Prior to beginning his search, Officer

Hernandez again asked **MORALES** and Zimmerman if there was anything illegal in the vehicle. At that point, Zimmerman handed Officer Hernandez two clear baggies containing suspected cannabis.

4) During the subsequent search of the vehicle, Officer Hernandez located a grey backpack on the right rear passenger floorboard. After unzipping the backpack, Officer Hernandez noticed the grip of a firearm. As a result, Officer Hernandez placed **MORALES** under arrest and escorted **MORALES** to the rear of Hernandez's police vehicle. Officer Hernandez then returned to his search of the vehicle and located within the backpack the following: 1) a Mossberg International 715P .22 caliber long rifle pistol, 2) a loaded nineteen (19) round magazine, 3) fifty (50) rounds of 25 Auto ammunition, 4) two hundred thirty-two (232) rounds of Remington .22 caliber ammunition, and 5) five (5) Winchester/Federal 20 gauge shotgun shells.

5) Following this search, Officer Hernandez returned to **MORALES** in the police vehicle and read **MORALES** his Miranda rights. After ensuring **MORALES** understood his rights, Officer Hernandez asked **MORALES** to whom the firearm found in the Durango belonged. **MORALES** initially stated the firearm belonged to Zimmerman, but then stated that he was "holding" the firearm for "a friend." However, **MORALES** could not provide a full name or phone number for this individual.

6) Zimmerman was also interviewed on scene by Officer Christopher Warren, who moments before had arrived to assist. During her interview, Zimmerman denied ownership and knowledge of the firearm in the vehicle. Zimmerman was released at the scene.

7) Following the arrest of **MORALES**, I conducted record checks, which confirmed **MORALES** is a citizen of Mexico and not of the United States. These checks further reveled that

MORALES was encountered by Immigration and Customs Enforcement (ICE) on July 11, 2018 at the Madison County Sheriff's Department following an unrelated arrest. MORALES was turned over to ICE custody on March 4, 2019 pursuant to a detainer and placed into immigration proceedings. On April 16, 2019, MORALES was granted voluntary departure to Mexico from the United States by an immigration judge and MORALES departed the United States to Mexico on May 5, 2019.

8) On July 27, 2020, MORALES was interviewed by Immigration and Customs Enforcement Deportation Officer J. R. Hentz. During this interview, MORALES admitted to being a citizen of Mexico who last entered the United States illegally in July 2019, at or near Brownsville, Texas.

9) On August 8, 2020, your affiant contacted ATF Special Agent Inlow and provided the make, model, and serial number of the firearm discussed herein. The purpose of this contact was to confirm that the firearm affected interstate commerce prior to MORALES' possession of it on or about July 26, 2020. SA Inlow informed the undersigned that the firearm used in this offense was manufactured outside the State of Illinois and had to have entered into and affected interstate commerce prior to MORALES' possession of it on or about July 26, 2020.

10) MORALES has been in ICE administrative custody since July 27, 2020.

11) Based on the foregoing information, I respectfully submit that there is probable cause to believe that LUIS MORALES has violated Title 18, United States Code, Section 922(g)(5)(A). This violation occurred in Madison County, Illinois, which is within the Southern District of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

ROBERT LAWSON,
Special Agent
Immigration and Customs Enforcement
Homeland Security Investigations

State of Illinois    )
                     )  SS.
County of St. Clair  )

Sworn to before me, and subscribed in my presence on the 20th day of August 2020, at East St. Louis, Illinois.

MARK A. BEATTY
United States Magistrate Judge

DANIEL T. KAPSAK,
Assistant United States Attorney

5